ERIC M. ACKER (CA SBN 135805)
EAcker@mofo.com
E. DALE BUXTON II (CA SBN 222580)
DBuxton@mofo.com
MARY PRENDERGAST (CA SBN 272737)
MPrendergast@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California  92130-2040
Telephone: 858.720.5100

Attorneys for Plaintiff and Counterclaim Defendant
NUVASIVE, INC.

BRADFORD J. BADKE, ESQ. (*admitted pro hac vice*)
Jim.Badke@ropesgray.com
SONA DE, ESQ. (SBN 193896, *admitted pro hac vice*)
Sona.De@ropesgray.com
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9031
Facsimile: (646) 728-1793

DAVID J. ZUBKOFF, ESQ. (SBN 149488)
Zubkoff@scmv.com
SELTZER CAPLAN MCMAHON VITEK
A Law Corporation
750 B Street, Suite 2100
San Diego, California 92101-8177
Telephone: (619) 685-3003
Facsimile: (619) 685-3100

Attorneys For Defendant and Counterclaimant
CADWELL INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUVASIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CADWELL INDUSTRIES, INC., <br><br> Defendant. | Case No. 12CV3065-JLS-JMA <br><br> **JOINT MOTION TO STAY LITIGATION** <br><br><br> **DEMAND FOR JURY TRIAL** |

CADWELL INDUSTRIES, INC.,

        Counterclaimant

  v.

NUVASIVE, INC.,

        Counterclaim Defendant.

      Plaintiff and Counterclaim Defendant NuVasive, Inc. and Defendant and Counterclaimant Cadwell Industries, Inc. hereby jointly move for a stay of this litigation until February 15, 2014, to allow the parties to finalize a settlement of the action.

      The parties have engaged in extended discussions regarding a potential resolution of this litigation since the Early Neutral Evaluation held on May 20, 2013. As a result of those discussions, the parties have now reached agreement in principle, and have signed a term sheet covering the significant terms of the settlement. The parties therefore request a stay of the litigation until February 15, 2014, to allow the parties to document the final settlement agreement, while not unnecessarily burdening the Court or the parties with litigation activities during that period.

      In the unlikely event that the parties are not able to finalize the settlement, and continued litigation becomes necessary, the parties will seek a status conference before the Court to reset the case schedule. In that event, the parties anticipate that there need be only a minimal adjustment of the existing case schedule in order to prepare the case for trial in a timely manner.

      Accordingly, the parties respectfully request that the Court stay the instant litigation until February 15, 2014.

Dated:  November 14, 2013          MORRISON & FOERSTER LLP
_____

By:  /s/ Eric M. Acker
     Eric M. Acker

Attorneys for Plaintiff and
Counterclaim Defendant
NUVASIVE, INC.

Dated:  November 14, 2013          ROPES & GRAY LLP
_____

By:  /s/ Bradford J. Badke (*by permission*)
     Bradford J. Badke

Attorneys for Defendant
and Counterclaimant
CADWELL INDUSTRIES, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 14, 2013, a true and correct copy of the foregoing was transmitted electronically to the Electronic Filing System of the United States District Court for the Southern District of California which, under Local Civil Rule 5.4(b)&(c), is believed to have sent notice of such filing, constituting service of the filed document, on all Filing Users, all of whom are believed to have consented to electronic service.

Executed on November 14, 2013, at San Diego, California.

/s/ Eric M. Acker
Eric M. Acker
EAcker@mofo.com