# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUVASIVE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CADWELL INDUSTRIES, INC., <br><br> Defendant. | CASE NO. 12CV3065 JLS (JMA) <br><br> **ORDER GRANTING JOINT MOTION FOR STIPULATED DISMISSAL WITHOUT PREJUDICE** <br><br> (ECF No. 47) |

On May 5, 2014, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7.2, Plaintiff and Counter Defendant NuVasive and Defendant and Counterclaimant Cadwell Industries, Inc. jointly moved this Court for a stipulated dismissal of all claims against Cadwell without prejudice, as well as dismissal of all of Cadwell's counterclaims against NuVasive without prejudice.  The Court, for good cause shown, **GRANTS** the joint motion and dismisses the claims against Cadwell, and Cadwell's Counterclaims against NuVasive, without prejudice.  Each party shall bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

DATED: May 7, 2014

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge